## UNITED STATES of America, Plaintiff—Appellee,

v.

Timothy Dale CROCKETT, a/k/a Timothy Howard Crockett, a/k/a Timothy Dale Neill, a/k/a Timothy Dwayne Pope, Defendant—Appellant.

### No. 07–6972.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2007.

Decided: Nov. 29, 2007.

Timothy Dale Crockett, Appellant Pro Se. Alan Lance Crick, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Dale Crockett appeals the district court's orders denying his motion to modify restitution payments and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Crockett,* No. 7:98–cr00798–GRA, 2007 WL 914232 (D.S.C. filed Mar. 22, 2007 & entered Mar. 23, 2007); (June 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*